IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMIE THOMAS WOODS,

Plaintiff,

v.

CITY OF SANTA ROSA,

Defendant.

No. C 17-00710 WHA

**ORDER TO SHOW CAUSE**

This case settled in full at a conference before Magistrate Judge Maria-Elena James on January 24 (Dkt. No. 20). As of the date of this order, however, no stipulation of dismissal has been filed and a motion for summary judgment remains set for hearing on February 22 at 8:00 a.m. (Dkt. No. 16). The parties shall **SHOW CAUSE** in writing by **FEBRUARY 16 AT NOON** why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: February 12, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE